UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| KARRY MARIE YEARWOOD, | § | |
| | § | |
| *Plaintiff*, | § | No. 1:19-cv-311 |
| | § | |
| ~v~ | § | **JURY DEMAND** |
| | § | |
| CITY OF GRAYSVILLE, | § | |
| CHIEF JULIE LYNN TANKSLEY, | § | |
| OFFICER KEITH WAYNE POST, and | § | |
| OFFICER LANDON TREW, | § | |
| In their individual and | § | |
| official capacities as agents | § | |
| and employees of the City | § | |
| of Graysville, | § | |
| | § | |
| *Defendants*. | § | |

## MOTION FOR STAY

Plaintiff, Karry Marie Yearwood, through counsel, respectfully requests the Court to stay this matter pending the final disposition of the underlying criminal prosecution in the Circuit Court for Rhea County, Tennessee.

In support of this motion, pursuant to E.D. Tenn. L.R. 7., Plaintiff submits a Memorandum of Law with factual and legal grounds to justify the ruling she seeks from this Court.

        Respectfully submitted,

        By: /s/ Robin Ruben Flores
         **ROBIN RUBEN FLORES**
         TENN. BPR #20751
         GA. STATE BAR #200745
          Counsel for Plaintiff
          4110-A Brainerd Road
          Chattanooga, TN 37411
          423 / 267-1575 fax 267-2703
          robin@robinfloreslaw.com

~ 1 ~

Case 1:19-cv-00311-CLC-CHS   Document 15   Filed 12/30/19   Page 1 of 2   PageID #: 87

CERTIFICATE OF SERVICE

      I certify that I have delivered a copy of this motion to all persons noted on the electronic filing receipt and so delivered on the date and time shown on the same receipt.

                      By: s/ Robin Ruben Flores